Ella Schumacher, Appellee, v. City of Naperville, Appellant.

Gen. No. 9,572.

opinion filed April 12, 1941. William R. Friedrich and Rathje & Woodward, for appellant; William R. Friedrich, John S. Woodward and Alfred E. Woodward, of counsel; Thomas & Schumacher, for appellee; Kenneth D. Thomas, of counsel. Opinion by JUSTICE DOVE. ''Not to be published in full.''